The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## J. S. LEMLEY v. STATE.

No. 18396.

Court of Criminal Appeals of Texas.

June 3, 1936.

State's Rehearing Denied June 17, 1936.

Roy A. Scott, of Fort Worth, for appellant.

Ben J. Dean, Dist. Atty., of Breckenridge, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is arson; the punishment, confinement in the penitentiary for four years.

Cleve Barnes v. State, 95 S.W.(2d) 112, this day delivered, is a companion case. The errors requiring a reversal of the judgment in Barnes Case also appear in the present record.

The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.